**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| SEAN TAPP, | : | |
|     Plaintiff, | : | |
| | : | CIVIL ACTION |
| v. | : | |
| | : | NO. 11-677 |
| DANNY BRAZILL, ET AL., | : | |
|     Defendants. | : | |

### ORDER

**AND NOW**, this _____ day of December, 2011, upon consideration of Defendants' Motion to Dismiss (Docs. 23-24) and Plaintiff's Response in Opposition thereto (Doc. 25), **IT IS HEREBY ORDERED and DECREED** that the Motion is **GRANTED.**

**IT IS FURTHER ORDERED** that Plaintiff's Complaint as it pertains Defendants PrimeCare Medial, Keri Medina, Valeria Bradley, Lori Hostetter, and Dr. William Young is **DISMISSED**.

                                                                          **BY THE COURT:**
                                                                          /s/ Petrese B. Tucker

                                                                          **Hon. Petrese B. Tucker, U.S.D.J.**